AO 241
(Rev. 01/15)

23-1617 Page 2

SECT. T MAG. 4

### PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF
### HABEAS CORPUS BY A PERSON IN STATE CUSTODY

| United States District Court | District: **Eastern District of Louisiana** |
|---|---|

| Name (under which you were convicted):  **Stanley Waldron** | Docket or Case No.:  211-012 |
|---|---|

| Place of Confinement:  Raymond Laborde Correctional Center | Prisoner No.:  423579 |
|---|---|

| Petitioner (include the name under which you were convicted)  **Stanley Waldron** | v. | Respondent (authorized person having custody of petitioner)  **Warden Marcus Myers** |
|---|---|---|

| The Attorney General of the State of: **Louisiana** | | |
|---|---|---|

### PETITION

1. (a) Name and location of court that entered the judgment of conviction you are challenging: <u>34 Judicial District Court, St. Bernard Parish</u>

2. (b) Criminal docket or case number (if you know): 211-012

3. (a) Date of the judgment of conviction (if you know): 05/12/2000

4. (b) Date of sentencing: _____

5. Length of sentence: 50 years at hard labor without benefit sentence to run consecutive with 15 year sentence (St. Tammany Parish)

6. In this case, were you conviction on more than one count or more than one crime?  [ ] Yes  [XXX] No

7. Identify all crimes of which you were conviction and sentenced in this case: _____

_____
_____
_____
_____
_____
_____
_____

8. (a) What was your plea? (Check one)

    [XXX](1)  Not Guilty      [ ]    (3)  Nolo Contendere (no contest)

    [ ]    (2)  Guilty      [ ]    (4)  Insanity Plea

TENDERED FOR FILING

MAY 1 2 2023

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AO 241
(Rev. 01/15)

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did you plead guilty to and what did you plead not guilty to? _____

_____

_____

_____

_____

(c) If you went to trial, what kind of trial did you have? (Check one)

    [XXX] Jury     [ ] Judge only

9.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

    [XXX] Yes     [ ] No

10.   Did you appeal from the judgment of conviction?

    [XXX] Yes     [ ] No

11.   If you did appeal, answer the following:

(a) Name of court: 4th Circuit Court of Appeal

(b) Docket or case number (if you know):2000-KA-2756

(c) Result: Confirmed petitioners conviction

(d) Date of result (if you know): 6/12/2002

e) Citation to case (if you know):State v. Waldron, 2000-KA-2756 (LA App. 4th Circuit Court of Appeal )

(f) Grounds raised:Argued the evidence was fabricated and false testimony, prosecution lied to the jury, and Denial of Subpoena _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

(g) Did you seek further review by a higher state court?   [XXX] Yes     [ ] No

    If yes, answer the following:

    (1) Name of court: Louisiana Supreme Court

    (2) Docket or case number (if you know): 2002 KO-1993

    (3) Result: Writ Denied

    (4) Date of result (if you know): 6/20/23

AO 241
(Rev. 01/15)

   (5) Citation to the case (if you know):

   (6) Grounds raised: See Memorandum_____

   _____

   _____

   _____

  (h) Did you file a petition for certiorari in the United States Supreme Court? [ ] Yes [XXX] No

   If yes, answer the following:

   (1) Docket or case number (if you know):

   (2) Result:

   (3) Date of result (if you know):

   (4) Citation to the case (if you know): _____

**12.** Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

  concerning this judgment of conviction in any state court? [XXX] Yes [ ] No

**13.** If your answer to Question 10 was "Yes," give the following information:

  (a) (1) Name of court: St. Bernard Parish, 34 Judicial District Court

    (2) Docket or case number (if you know): _____

    (3) Date of filing (if you know): 5/15/17

    4) Nature of the proceeding: Requested to Amend and Modify Sentence

    (5) Grounds raised: Reduction of Sentence to original plea bargain

    (6) Did you receive a hearing where evidence was given on your Petitioner, application, or motion?

     [ ] Yes [XXX] No

    (7) Result:Denied Application

    (8) Date of result (if you know): 7/12/17

    (b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court: St. Bernard Parish Court, 34th Judicial District Court

    (2) Docket or case number (if you know):211-012

    (3) Date of filing (if you know):4/6/2021

    (4) Nature of the proceeding:Post Conviction Relief for the Unconstitutional Non-Unanimous Jury Verdict

    (11-1)

    (5) Grounds raised: It was unconstitutional violating the 6th and 14th Amendment of the Constitution

    determined by Ramos v. Louisiana 590 US, ___140 S. Ct 1390 Led (2020)

    _____

    _____

    _____

    _____

    _____

    (6) Did you receive a hearing where evidence was given on your Petitioner, application, or motion?

     [XXX] Yes [ ] No

    (7) Result: Denied

    (8) Date of result (if you know): 6/15/21

AO 241
(Rev. 01/15)

Page 5

(c) If you filed any third petition, application, or motion, give the same information:

(1) Name of court: _____

(2) Docket or case number (if you know): _____

(3) Date of filing (if you know):

(4) Nature of the proceeding:

(5) Grounds raised: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____(6)

Did you receive a hearing where evidence was given on your Petitioner, application, or motion?

[ ] Yes      [ ] No

(7) Result:

(8) Date of result (if you know): _____

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application, or motion?

(1) First petition:      [XXX] Yes      [ ] No

(2) Second petition:      [XXX] Yes      [ ] No

(3) Third petition:      [ ] Yes      [XXX] No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

_____

_____

14.    For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

**CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.**

**GROUND ONE: <u>SEE MEMORANDUM IN SUPPORT ATTACHED</u>** _____

_____

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

AO 241
(Rev. 01/15)

_____
_____
_____
_____
_____
_____
_____

(b) If you did not exhaust your state remedies on Ground One, explain why:Yes I exhausted all my remedies, via 4th Circuit Court of Appeals State v. Wardron 334 Sc 844, 2021-0512  (La App 4th Cir 1/24/22)

The The Writ was granted and the ruling district Court was reversed.   The The State filed a Writ with the Louisiana Supreme Court State v. Waldron, So 3rd , 2022-00316 (La 4/12/23) Results writ was granted and 4th Circuit Court of Appeal ruling was reversed—reinstating the District Courts decision-filed for Post-Conviction Plea Agreement under La C.Cr.P. Art. 930.10 (November 17, 2022) result was that the District Attorney was not interested and provided no response. Lastly, the Promise of Justice Initiative stated that the DA sent them a response stating that he was not interested.

_____
_____
_____
_____

15.    Give the name and address, if you know, of each attorney who represented you in the following stages of the judgment you are challenging:

(a) At preliminary hearing: Public Defender

(b) At arraignment and plea: Public Defender

c) At trial: Self

(d) At sentencing: Self

(e) On appeal: Self

(f) In any post-conviction proceeding: First (Self) and Second was Hardwell Ward/Promise of Justice Initiative

(g) On appeal from any ruling against you in a post-conviction proceeding: First (Self) and Second was Hardwell Ward/Promise of Justice Initiative

16.    Do you have any future sentence to serve after you complete the sentence for the judgment that you are challenging?

[ ] Yes      [XXX] No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:

_____
_____

(b) Give the date the other sentence was imposed: _____

(c) Give the length of the other sentence: _____

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the future? [ ] Yes      [ ] No

17.    **TIMELINESS OF PETITION:** If your judgment of conviction became final over one year ago, you must explain why the one-year statute of limitations as contained in 28 USC § 2244(d) does not bar your petition.*

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____

* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 USC § 2244(d) provides in part that:

(1)     A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody pursuant to the judgment of a State court. The limitation period shall run from the latest of -

    (A)     the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

    (B)     the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

    (C)     the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

    (D)     the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

AO 241
(Rev. 01/15)

(2)    The time during which a properly filed application for State post-conviction or other collateral review with respect to the pertinent judgment or claim is pending shall not be counted toward any period of limitation under this subsection.

Therefore, Petitioner asks that the court grant the following relief: Ruling in State v. Reddick be reversed and remanded that requiring retroactivity of the unanimity rights established in Ramos to people seeking post-conviction relief or any other relief to which Petitioner may be entitled.

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for Writ of Habeas Corpus was placed in the prison mailing system on _____ MAY 10, 2023 (month, day, year).

Executed (signed) on ___ May 10, 2023 (date).

_____ DOC # 423579
Signature of Petitioner

If the person signing is not Petitioner, state relationship to Petitioner and explain why Petitioner is not signing this petition.

_____
_____
_____
_____
_____



US POSTAGE ~PITNEY BOWES

ZIP 71327 $ 003.18⁰
02 7W
0000627830 MAY 10 2023

FIRST-CLASS

STANLEY R. WALDRON DOC # 423579
Raymond Laborde Correctional Center C1-C2
1630 PRISON Road
COTTON PORT, LOUISIANA 71327

CLERK OF COURT
U.S. EASTERN DISTRICT COURT
HALE Boggs Federal Building
500 Poydras ST. RM. C151
New ORLEANS, LOUISIANA 70130

LEGAL MAIL

UNITED STATES

RAYMOND LABORDE

CORRECTIONAL CENTER

1630 PRISON ROAD #2

COTTONPORT, LA